MICHAEL J. REDENBURG, ESQ. PC
Michael Redenburg, Esq. (NY #MR4662)
150 Broadway, Suite 808
New York, NY 10038
Telephone: (212) 240-9465
Facsimile: (917) 591-1667

**SUMMONS ISSUED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PATRICIA JONES,

                Plaintiff,

v.

THE CITY OF NEW YORK, Police Officer CHERYL WEISS (Tax#937719) AND Police Officers JOHN and JANE DOES 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                Defendants.

Complaint

JURY TRIAL DEMANDED

Civ. No.: CV 12 - 4749

WEINSTEIN, J.

AZRACK, M.J.

## NATURE OF THE ACTION

1. This is an action to recover money damages arising out of the violation of Plaintiff's rights under the Constitution.

## JURISDICTION AND VENUE

2. This action is brought pursuant to 42 U.S.C. §§1983 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution.

3. The jurisdiction of this Court is predicated upon 28 U.S.C. §1331 and §1343.

4. Venue is proper in the district pursuant to 28 U.S.C. §§1391 (b) and (c).

## JURY DEMAND

5. Plaintiff demands a trial by jury in this action.

## PARTIES

6. Plaintiff Patricia Jones ("Plaintiff" or "Ms. Jones") is a resident of Kings County in the City and State of New York; and Plaintiff does not have a criminal record.

7. Defendant City of New York is a municipal corporation organized under the laws of the State of New York. It operates the NYPD a department or agency of the defendant City of New York responsible for the appointment, training, supervision, promotion and discipline of police officers and supervisory police officers, including the individually named defendant herein.

8. Defendant Police Officer Cheryl Weiss is a member of the New York City Police Department ("NYPD") who was employed by the NYPD on August 24, 2012. Defendant Cheryl Weiss was acting under color of state law in her capacity of an agent, servant and employee of defendant City of New York and the NYPD. Defendant Cheryl Weiss is sued in both her individual and official capacity.

9. At all relevant times defendants John and Jane Does 1 through 10 are sued in their individual and official capacities.

10. At all relevant times herein, all individual defendants were acting under color of state law.

## STATEMENT OF FACTS

11. The Plaintiff, Patricia Jones, is a 52 year old woman who resides in the County of Kings, City and State of New York.

12. Plaintiff is gainfully employed by Fresenius Medical Care as a Dialysis Technician.

2

13. In the incident, if defendants had a search warrant for the apartment in question, it was issued upon the basis of extremely unreliable information, and the police did not follow NYPD policies and procedures in obtaining and executing such a warrant. Revised NYPD policies and procedures were instituted after the tragic death of Alberta Spruill during a raid in Harlem in May 2003, to ensure the reliability of the NYPD's information before obtaining and executing search warrants.

14. In the early morning hours of August 24, 2012, Plaintiff was lawfully present in her boyfriend's apartment located at 49 Crown Street, Apartment 18E, Brooklyn, NY 11225.

15. Defendants broke down the door of said apartment - stormed into the apartment and began to ransack the apartment.

16. Defendants did not have arguable probable cause to arrest Ms. Jones.

17. Despite the fact that Plaintiff was not found in possession or constructive possession of any contraband allegedly found in the apartment, defendants falsely arrested Plaintiff anyway.

18. After Plaintiff was handcuffed and falsely arrested, she was thrown into a police van.

19. Thereafter, defendants drove the police van around the neighborhood for close to 5 hours as the defendants arrested other individuals.

20. Plaintiff was eventually taken to the police precinct where she was fingerprinted and photographed. She remained at the precinct for approximately 3 hours.

21. Defendants then falsely informed employees of the Kings County District Attorney's Office that they had observed Plaintiff in possession of marijuana and in possession of a controlled substance.

22. At no point did defendants observe Plaintiff possess marijuana or a controlled substance.

23. Defendants fabricated these statements and prepared these documents in an effort to cover-up their unlawful search and arrest of Plaintiff.

24. After spending approximately twenty-two hours in Brooklyn Central Booking, Ms. Jones was arraigned in Kings County Criminal Court.

25. At Plaintiff's arraignment, the matter was adjourned in contemplation of dismissal.

26. As a result of her false arrest, Plaintiff lost a day from work and suffered lost income of approximately $250.00.

27. Plaintiff suffered damages as a result of defendant's actions. Plaintiff was deprived of her liberty, suffered emotional distress, mental anguish, fear, pain, anxiety, embarrassment, humiliation, lost income and damage to her reputation.

## FIRST CLAIM
### *FALSE ARREST*

28. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

29. Defendants violated the Fourth and Fourteenth Amendments because they arrested Plaintiff without probable cause.

30. As a direct and proximate result of this unlawful conduct, Plaintiff sustained the damages hereinbefore alleged.

## SECOND CLAIM
### *UNLAWFUL STOP AND SEARCH*

31. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

32. Defendants violated the Fourth and Fourteenth Amendments because they stopped and searched Plaintiff without reasonable suspicion.

4

33. As a direct and proximate result of this unlawful conduct, Plaintiff sustained the damages hereinbefore alleged.

### THIRD CLAIM
### *FAILURE TO INTERVENE*

34. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

35. Defendants had a reasonable opportunity to prevent the violations of Plaintiff's constitutional rights, but they failed to intervene.

36. Accordingly, each defendant is liable to the Plaintiff under the Constitution for not intervening to prevent the violation of his rights.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests judgment against defendants as follows:

   a. Compensatory damages against all defendants, jointly and severally;

   b. Punitive damages in an amount to be determined by a jury;

   c. Reasonable attorneys' fees and costs pursuant to 28 U.S.C. §1988; and

   d. Such other relief as this Court shall deem just and proper.

   Dated:   September 24, 2012
            New York, NY

s/ _____
Michael J. Redenburg (NY #MR4662)
MICHAEL J. REDENBURG, ESQ. PC
150 Broadway, Suite 808
New York, NY 10038
mredenburg@mjrlaw-ny.com
1-212-240-9465 (Phone)
1-917-591-1667 (Fax)

5