UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PATRICIA JONES,

                                            Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD DETECTIVE
WEISS, NYPD DETECTIVE SHANNON, and NYPD
SERGEANT SINGH,

                                            Defendants.

------------------------------------------------------------------------ x

**SATISFACTION OF JUDGMENT FOR COSTS**

12-CV-4749 (JBW) (JMA)

      **WHEREAS**, on February 21, 2014, a judgment was entered in the Office of the Clerk of the United States District Court for the Eastern District of New York in the above-entitled action in favor of defendants and against plaintiff Patricia Jones in the amount of $316.10 and said judgment has been fully paid by the plaintiff.

      **THEREFORE,** satisfaction of the judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: New York, New York
       April 9, 2014

                                    **ZACHARY W. CARTER**
                                    Corporation Counsel of the City of New York
                                     Attorney for Defendants
                                    100 Church Street
                                    New York, New York 10007
                                    Tel.: (212) 356-2425
                                    Email: mspeight@law.nyc.gov

                                    By: _/s/ Melanie Speight_
                                    Melanie Speight
                                    *Assistant Corporation Counsel*
                                    *Special Federal Litigation Division*

TO:    VIA ECF and FIRST CLASS MAIL
          Michael Joseph Redenburg
          Michael J. Redenburg Esq. P.C.
          150 Broadway, Suite 808
          New York, NY 10038
          Tel: 212-240-9465
          Fax: 917-591-1667
          Email: mredenburg@mjrlaw-ny.com

Index No. 12-CV-4749 (JBW) (JMA)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICIA JONES,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD DETECTIVE WEISS, NYPD DETECTIVE SHANNON, and NYPD SERGEANT SINGH,

                              Defendants.

## SATISFACTION OF JUDGMENT FOR COSTS

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Melanie Speight*
*Tel: (212) 356-2425*
*NYCLIS No. 2012-041520*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................., 201*

*.................................................................. Esq.*

*Attorney for ..........................................................*